UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LEE FIELDS,<br>Petitioner,<br>v.<br>RON BROOMFIELD, Warden,[1]<br>Respondent. | Case No. 23-cv-00887-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On February 28, 2023, petitioner, a state prisoner, filed the present *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and the action was assigned to Magistrate Judge Nathanael M. Cousins. Dkts. 1, 4.

On the same day the action was filed, the Clerk of the Court sent a notification to petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application. Dkt. 3. The Clerk also sent petitioner a blank IFP application and told him that he must pay the fee or return the completed IFP application within twenty-eight days or his action would be dismissed. The twenty-eight-day deadline passed, and petitioner neither paid the fee nor returned a completed IFP application.

On April 3, 2023, the action was reassigned from Magistrate Judge Cousins to the undersigned because petitioner did not consent to magistrate judge jurisdiction. Dkt. 6.

On April 17, 2023, the Clerk sent petitioner a second notification along with another blank IFP application, and again informed him that he must pay the fee or return the completed IFP application within twenty-eight days or his action would be dismissed. Dkt. 7.

---

[1] Ron Broomfield, the current warden of the prison where petitioner is incarcerated, has been substituted as respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

More than twenty-eight days have passed, and petitioner has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 15, 2023

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge